**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

JAMES REVIS,

        Plaintiff,

    v.

WAL-MART ASSOCIATES, INC., d/b/a
WALMART DISTRIBUTION CENTER No.
6010,

        Defendant.

CIVIL ACTION NO.: 5:23-cv-83

**O R D E R**

The parties conducted their Federal Rule of Civil Procedure 26(f) conference on October 30, 2023.   Doc. 15.   However, the Rule 26(f) report submitted did not conform to the language and format of the Form Rule 26(f) report for use in Judge Wood/Judge Cheesbro cases.[1] See Doc. 3 at 2 (Rule 26(f) Instruction Order with instructions for using correct form).   The correct form can be found at: www.gasd.uscourts.gov under "Forms" and is entitled "Rule 26(f) Report–for use in Judge Wood/Judge Cheesbro cases."   The Court **ORDERS** the parties to submit an updated Rule 26(f) report on the proper form **within 14 days** of the entry of this Order.

**SO ORDERED**, this 21st day of November, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties should pay particular attention to the Electronically Stored Information section on page 12 of the form.   The parties recently filed a 13-page "(Stipulated) Agreed to Production Protocol" for signature by the undersigned.   Doc. 14-1.   The Court does not typically approve or enforce such agreements.   The Form Rule 26(f) report allows the parties to explain why any special provisions are needed in the Scheduling Order with respect to electronic discovery.